[No. 14526-6-I.   Division One.   March 11, 1985.]

*In the Matter of the Marriage of* KAREN BAIRD,
*Appellant, and* RONALD BAIRD, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 79-3-01225-8, Francis E. Holman, J., entered
February 29, 1984. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Corbett, C.J., and Coleman, J.

[No. 13403-5-I.   Division One.   March 11, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
BERNARD WILSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83-1-00718-2, Horton Smith, J., entered June
27, 1983. *Affirmed* by unpublished opinion per Ringold, J.,
concurred in by Grosse and Webster, JJ.

[No. 6751-0-II.   Division Two.   March 11, 1985.]

*In the Matter of the Marriage of* ANNA HELENA
NEUHAUS, *Respondent, and* SCOTT JOHN
NEUHAUS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 82-3-01692-5, William L. Brown, Jr., J.,
entered November 29, 1982. *Affirmed* by unpublished opin-
ion per Reed, J., concurred in by Worswick, C.J., and
Petrich, J.